```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| RENEE EDWARDS, | HON. JEROME B. SIMANDLE |
| Plaintiff on behalf of herself and all others similarly situated, | Civil No. 09-4364 (JBS/JS) |
|  | **ORDER** |
| v. |  |
| 21ST CENTURY INSURANCE CO., ET Al., |  |
| Defendants. |  |

This matter having come before the Court upon a motion to dismiss by Defendants American International Insurance Company of Delaware (AII Delaware) and American International Insurance Company of New Jersey (AII New Jersey) [Docket Item 22], and a motion to dismiss or strike pleadings by Defendants 21st Century Insurance Co. and AIG Marketing, Inc. [Docket Item 23]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this    **23rd**    day of **June, 2010** hereby

    ORDERED that both motions are **DENIED**; and it is further

    ORDERED that Docket Items 16 and 17, which are the identical previous filings of this adjourned motion, are **DISMISSED**.

                                       **s/ Jerome B. Simandle**
                                       JEROME B. SIMANDLE
                                       United States District Judge